Js6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

B.K.S.,

                        Plaintiff,

            v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                       Defendant.

Case No. 5:17-cv-02175-SHK

JUDGMENT

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 9/18/2018

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge